**502 SWARTHOUT ET AL. vs. CIRCUIT JUDGE (Jackson), No. 16276.**

To vacate an order granting leave to amend a declaration. Denied, with costs, May 5, 1897.

Suit commenced in Justice Court, upon an oral declaration

upon all the common counts. Defendants did not appear and appealed from the judgment.

After the case had been pending in the Circuit Court for nine months, plaintiffs were allowed to amend, showing that the claim originated in favor of plaintiff's assignors.